WILLIAM R. RESTIS, (SBN 246823)
FINKELSTEIN & KRINSK, LLP
501 WEST BROADWAY, SUITE 1250
SAN DIEGO CA 92101
619-238-1333 Ref. No. : 0683501-05
Attorney for : CHERI ASTRAHAN, ET AL. Atty. File No.: SACV 12-02184

UNITED STATES DISTRICT COURT
CENTRAL JUDICIAL DISTRICT

| | | |
|---|---|---|
| PLAINTIFF | : CHERI ASTRAHAN, ET AL. | Case No.: SACV 12-02184 JST (MLGX) |
| DEFENDANT | : PACIFIC TELECOM COMMUNICATIONS, ET AL. | **PROOF OF SERVICE OF SUMMONS** |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS; COMPLAINT; CIVIL COVER SHEET; NOTICE OF INTERESTED PARTIES; NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM

3. a. Party served : FRED ANTHONY ANTONE ACCUARDI
   b. Person served : Party in item 3a

4. Address where the party was served 2331 SW 5TH AVENUE
   PORTLAND, OR 97201

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on January 16, 2013 (2) at: 11:39 AM

6. The "Notice to the person served" (on the summons) was completed as follows:
   a. as an individual defendant.

7. **Person who served papers**
   a. TIMOTHY MASON
   b. KNOX ATTORNEY SERVICE
      2250 FOURTH AVENUE
      SAN DIEGO, CA 92101
   c. 619-233-9700
   d. Fee for service: $60.75
   e. I am:
      (3) a registered California process server
         (i) an independent contractor
         (ii) Registration No.: 152
         (iii) County: San Diego

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: January 18, 2013

Signature: _____
TIMOTHY MASON

Jud. Coun. form, rule 2.150 CRC
JC Form POS 010 (Rev. January 1, 2007)

**PROOF OF SERVICE**

DUPLICATE

# Affidavit of Process Server

**UNITED STATES DISTRICT COURT, CENTRAL JUDICIAL DISTRICT**
(NAME OF COURT)

| CHERI ASTRAHAN, ET AL | vs | PACIFIC TELECOM COMMUNICATIONS, ET AL | SACV-12 02184 JST(MLGX) |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE NUMBER |

I, **TIMOTHY MASON**, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served **TELEPHONE MANAGEMENT CORPORATION**
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) **SUMMONS; COMPLAINT; SEE ATTACHED PROOF OF SERVICE**

by leaving with **FRED ANTHONY ANTONE ACCUARDI**    **PRESIDENT/AGENT**    At
NAME    RELATIONSHIP

☐ Residence _____
ADDRESS    CITY / STATE

☑ Business **2331 SW 5TH AVENUE**    **PORTLAND/OR 97201**
ADDRESS    CITY / STATE

On **JANUARY 16, 2013**    AT **11:39AM**
DATE    TIME

☐ Inquired if subject was a member of the U.S. Military and was informed they are not.

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
DATE

from _____
CITY    STATE    ZIP

**Manner of Service:**

☑ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address    ☐ Moved, Left no Forwarding    ☐ Service Cancelled by Litigant    ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist    ☐ Other _____

**Service Attempts:** Service was attempted on: (1) _____ _____ (2) _____ _____
DATE    TIME    DATE    TIME
(3) _____ _____ (4) _____ _____ (5) _____ _____
DATE    TIME    DATE    TIME    DATE    TIME

**Description:** Age____ Sex____ Race____ Height____ Weight____ Hair____ Beard____ Glasses____

SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this **13th** day of **February**, 20**13**, by **Timothy Mason**.
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

OFFICIAL SEAL
**MATHEW M HYMAS**
NOTARY PUBLIC-OREGON
COMMISSION NO. 467177
MY COMMISSION EXPIRES APRIL 01, 2016

SIGNATURE OF NOTARY PUBLIC

NOTARY PUBLIC for the state of **Oregon**



FORM 2    NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS